August 29, 1980.

428 A.2d 697

Commonwealth v. Bebee, Appellant.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

Submitted December 6, 1979. William E. Aver-one, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

EAGEN, J., filed a memorandum concurring opinion.